UNITED STATES of America,
Plaintiff–Appellee,

v.

Anaissa Beth GERWALD, a.k.a. Anaizza Gerwald, a.k.a. Ann E. Merraw, a.k.a. Ana Isabel Marraquin, a.k.a. Ana Isabel Garcia, Defendant–Appellant.

No. 12–14891
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 21, 2013.

R. Brian Tanner, Jeffrey J. Buerstatte, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

John Morrison, John E. Morrison & Associates, PC, Soperton, GA, for Defendant–Appellant.

Before MARCUS, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

John E. Morrison, appointed counsel for Anaissa Beth Gerwald in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gerwald's convictions and sentences are **AFFIRMED.**